IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br>   v.<br><br>SHOE SHOW, INC.,<br><br>               Defendant. | :<br>:<br>:<br>: Case No. 2:19-cv-05690-JS<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John A. Mahoney and Defendant Shoe Show, Inc., by and through their respective counsel of record, hereby jointly stipulate, agree, and consent to the dismissal of the action and all claims asserted therein with prejudice.  Each Party shall bear his or its own costs and expenses incurred in connection with this action.

                                                                 Respectfully Submitted,

                                                                 By: __/S/ David S. Glanzberg_____
                                                                       David S. Glanzberg, Esq.
                                                                       Glanzberg Tobia Law, P.C.
                                                                       123 South Broad Street, Suite 1640
                                                                       Philadelphia, PA 19109
                                                                       Tel. (215) 981.5400
                                                                       Fax (267) 319.1993

*Counsel for Plaintiff*

                                                                By:__/s/ Jason A. Levine_____
                                                                    Jason A. Levine, Esq.
                                                                    Hangley Aronchick Segal Pudlin & Schiller
                                                                    One Logan Square, 27th Floor
                                                                    Philadelphia, PA 19103
                                                                    Tel. (215) 496.7038
                                                                    Fax: (215) 568.0300

*Counsel for Defendant*